IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RONALD EARLE RUSHIN, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 5:16-CV-360 (MTT) |
| Warden CEDRIC TAYLOR, *et al.*, ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 5). The Magistrate Judge recommends denying the Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) and dismissing the Plaintiff's complaint for two reasons: (1) the Plaintiff failed to sufficiently allege imminent danger as required pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), or alternatively (2) the Plaintiff affirmatively misrepresented his litigation history to the Court. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**, and the complaint is **DISMISSED without prejudice**.

**SO ORDERED,** this 26th day of October, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT